# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Philip York

                 Plaintiff,

v.                                        Case No.: 1:12–cv–08822
                                               Honorable Joan B. Gottschall

Cach LLC

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2013:

      MINUTE entry before Honorable Joan B. Gottschall: Case called for status hearing on 2/5/2013 and no one appeared. Plaintiff is required to appear at all scheduled status hearings in person or by counsel. Failure to appear on 4/2/2013, will result in dismissal of this action for want of prosecution. Status hearing set for 4/2/2013 at 09:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.